Ikhlas A. Khan & Ehab A. Abourashed, <u>Leung's Encyclopedia of Common Natural Ingredients: Used in Food, Drugs and Cosmetics</u> 332 (John Wiley & Sons 3d ed. 2010), *available at* http://www.dankunlimited.com/uno_pound_sharing/Know_files/-leung-s-encyclopedia-of-common-natural-ingredients-2010.pdf

Tekeshwar Kumar et al., Natural Excipients: A Review, 2(1) Asian J. Pharm. Life Sci. 97, 97 (2012), *available at* http://www.ajpls.com/admin/Issues/PIssue141.pdf

Barbara Katzbauer, <u>Properties and Applications of Xanthan Gum</u>, 59 Polymer Degradation & Stability 81 (1998), *available at* http://www.deepdyve.com/lp/elsevier/properties-and-applications-of-xanthan-gum-9pEpxBcREA/1

**Exhibit 10:** True and correct copies of screen shots from the websites of Vons, Safeway and Ralphs explaining to their customers that xanthan gum is a "natural" ingredient in salad dressings.

**Exhibit 11:** True and correct copy of a document obtained from the website of U.S. Food and Drug Administration ("FDA"), explaining that organic foods are by definition natural.

**Exhibit 12:** True and correct copies of documents obtained from the United States Department of Agriculture's ("USDA") website regarding its approval of gellan gum as a "non-synthetic" ingredient.

**Exhibit 13:** True and correct copy of a document obtained from the USDA's website, explaining that lactic acid is considered to be non-synthetic because it is the product of microbial fermentation.

**Exhibit 14:** True and correct copy of a document obtained from the Organic Materials Review Institute's website, setting forth its position that xanthan gum is "non-synthetic" and providing the history that lead the United States Department of Agriculture ("USDA") to adopt a regulation in 1995, classifying xanthan gum as synthetic.

**Exhibit 15:** True and correct copy of the 1995 TAP review document from the USDA website explaining why xanthan gum was classified as "synthetic."

**Exhibit 16**: True and correct copy of an opinion letter from the United States Customs Service determining that xanthan gum is a "natural" ingredient based on applicable FDA regulations.

**Exhibit 17**: True and correct copies of documents obtained from the USDA website, stating that there are no standards or regulations for the labeling of natural products if they do not contain meat or eggs.

**Exhibit 18**: True and correct copies of documents obtained from the USDA website, stating that xanthan gum is a natural ingredient.

Dated:   March 18, 2013

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Charles A. Danaher
Charles A. Danaher
Theona Zhordania
Attorneys for Defendant
DOLE FRESH VEGETABLES, INC.



ALL NATURAL - CAESAR KIT

**Dole — Make it fresh!**

Dole brings you all-natural, perfectly balanced salads made in a snap! Fresh greens and flavorful toppings, tossed with our unique dressings, create distinctive salads that complement any cuisine.

Our all-natural Caesar Salad Kit contains Dole's Own Caesar Dressing, garlic croutons and grated Parmesan cheese in a bed of crisp romaine lettuce.

**SATISFACTION GUARANTEED**

Call us at 1-800-356-3111.
www.dole.com

For more than 150 years, Dole has been committed to our environment, our employees and the communities in which we operate.

**Nutrition Facts**
Serving Size 3.5 oz. (100g/about 1-1/2 cups)
Servings Per Container about 3

Amount Per Serving
Calories 150   Calories from Fat 110

| | % Daily Value* |
|---|---|
| Total Fat 12g | 18% |
| Saturated Fat 2g | 10% |
| Trans Fat 0g | |
| Cholesterol 10mg | 3% |
| Sodium 390mg | 16% |
| Total Carbohydrate 8g | 3% |
| Dietary Fiber 2g | 8% |
| Sugars 2g | |
| Protein 3g | |

Vitamin A 80% • Vitamin C 30%
Calcium 6% • Iron 8%
Vitamin K 90% • Folate 25%

INGREDIENTS: VEGETABLES: ROMAINE LETTUCE. DRESSING: VEGETABLE OIL (SOYBEAN OIL AND/OR CANOLA OIL), WATER, PARMESAN CHEESE (PART-SKIM COW'S MILK, RENNET, CULTURES, CALCIUM CHLORIDE, SALT), CORN VINEGAR, SALT, SUGAR, ANCHOVY PASTE (ANCHOVIES, SALT, WATER), NATURAL FLAVORS (SOY), SPICES, EGG YOLKS, DISTILLED VINEGAR, CITRIC ACID, DEHYDRATED GARLIC, LEMON JUICE CONCENTRATE, EXTRACTIVE OF RICE, XANTHAN GUM AND DEHYDRATED ONION. CROUTONS: ENRICHED WHEAT FLOUR (WHEAT FLOUR, NIACIN, REDUCED IRON, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), CANOLA OIL, GARLIC POWDER, SALT, WHOLE WHEAT FLOUR, SUGAR, YEAST, DEHYDRATED PARSLEY, ROMANO CHEESE (PASTEURIZED COW'S MILK, CHEESE CULTURE, SALT, ENZYMES), ONION POWDER, SPICES, YEAST EXTRACT. PARMESAN CHEESE: PASTEURIZED PART-SKIM COW'S MILK, SALT, CHEESE CULTURE, ENZYMES, POWDERED CELLULOSE (TO PREVENT CAKING).

CONTAINS: SOY, MILK, FISH, EGG, WHEAT.

© 2011 DISTRIBUTED BY DOLE FRESH VEGETABLES, INC. MONTEREY CA 93940

For the freshest taste, use within two days of opening and keep refrigerated in this breathable bag.

0 71430 00806 5



ALL NATURAL - LIGHT CAESAR KIT



ALL NATURAL - GARLIC CAESAR KIT



ALL NATURAL - CREAMY COLESLAW KIT



ALL NATURAL - ASIAN ISLAND CRUNCK KIT

ALL NATURAL - ENDLESS SUMMER KIT





ALL NATURAL - PERFECT HARVEST KIT