JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HANSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLE FRESH VEGETABLES, INC.,<br><br>　　　　　　Defendant. | CASE CV13-01552-ODW (VBK)<br><br>**JUDGMENT** |

Plaintiff Laura Hansen ("Plaintiff") voluntarily dismissed the above-entitled case on April 2, 2013 pursuant to Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 23. Having considered Defendant Dole Fresh Vegetables, Inc.'s ("Defendant") request for entry of judgment:

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that judgment on the merits in favor of Defendant is entered.

IT IS ORDERED FURTHER that Defendant is the prevailing party, and is therefore entitled to recover its costs.

Dated: April 11, 2013

By: *[signature]*
The Honorable Otis D. Wright II
United States District Court Judge